1 | **Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
2 | **Fresno, California  93720**
**Telephone (559) 432-9831**
3 | **Facsimile (559) 432-1837**

4 | **Attorney for Defendants**
Suman D. Bhakta and Nutan
5 | S. Bhakta,both  individually and dba
Caprice Motel

6 |

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA**

9 | * * * * *

10 | CECIL SHAW,                                              ) CASE NO. 1:  14-cv-01965---JLT
                                                                 )
11 |                          Plaintiff,                         ) SECOND STIPULATION AND
                                                                 ) PROPOSED ORDER FOR EXTENSION
12 | vs.                                                         ) OF TIME FOR SUMAN D. BHAKTA,
                                                                 ) individually and dba CAPRICE MOTEL;
13 | SUMAN D. BHAKTA, individually and dba    ) and NUTAN S. BHAKTA, individually
       CAPRICE MOTEL; NUTAN S. BHAKTA,         ) and dba CAPRICE MOTEL TO
14 | individually and dba CAPRICE MOTEL;           ) RESPOND TO COMPLAINT
                                                                 )
15 |                          Defendants.                      ) (Doc 8)
       _____ )

16 |

17 |          WHEREAS:

18 | 1.       Plaintiff CECIL SHAW filed this action on December 10, 2014.

19 | 2.       This is the second request for an extension of time for SUMAN D. BHAKTA, individually

20 | and dba CAPRICE MOTEL; and NUTAN S. BHAKTA, individually and dba CAPRICE MOTEL

21 | ("Defendants").  A previous extension of time was granted by the plaintiff within the statutory

22 | allowance; thus, court approval is required for a further extension of time.

23 | 3.       Plaintiff and Defendants are in settlement negotiations at this time.

24 | 4.       Defendants have obtained a CASp inspection, and are waiting for the report to be written so

25 | that a proposed plan of remediation and settlement can be agreed upon.

26 | 5.       The parties agree that settlement of this case would save valuable court time and resources.

27 | 6.       The parties have agreed to extend Defendants' time to respond to the complaint until March

28 | 11, 2015, subject to the court's approval, and believe that the case can be settled within that

1  time.

2  7.      This extension of time will not alter any date or event already set by Court order, including

3  the mandatory scheduling conference.

4          NOW THEREFORE, Defendants through their attorneys, and Plaintiff Cecil Shaw, through

5  his attorneys, hereby stipulate and agree that the time for Defendants SUMAN D. BHAKTA,

6  individually and dba CAPRICE MOTEL; and NUTAN S. BHAKTA, individually and dba

7  CAPRICE MOTEL to answer or otherwise respond to the Complaint shall be extended up to and

8  including March 11, 2015, pending court approval.

9

10  IT IS SO STIPULATED.

11                                          MOORE LAW FIRM, PC
    Dated: February 25, 2015               _____/s/Tanya Moore_____
12                                          Tanya Moore, Attorney for Plaintiff Cecil Shaw

13

14
    Dated: February 25, 2015               _____/s/Bruce A. Neilson_____
15                                          Bruce A. Neilson, Attorney for Defendants
                                            Suman D. Bhakta and Nutan S. Bhakta, both
16                                          individually and dba Caprice Motel

17

18  IT IS SO ORDERED.

19     Dated:   **February 27, 2015**            **/s/ Jennifer L. Thurston**
20                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

Shaw v. Suman D. Bhakta, et al
2nd Stipulation For Extension of Time                    Case No. 1:  14-cv-01965