**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW, <br><br>           Plaintiff, <br><br>     v. <br><br> SUMAN D. BHAKTA, individually and dba CAPRICE MOTEL, et al., <br><br>           Defendants. | ) Case No.: 1:14-cv-01965 --- JLT <br> ) <br> ) ORDER AFTER NOTICE OF SETTLEMENT <br> ) <br> ) (Doc. 10) <br> ) <br> ) <br> ) <br> ) |

On March 11, 2015, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 10) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **April 24, 2015**;
2. In the stipulated dismissal, the parties **SHALL** indicate whether each consents to magistrate judge jurisdiction for purposes of processing the dismissal;
3. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **March 12, 2015**             **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE